1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>PORGES ENTERPRISES, INC., et al.,<br><br>          Defendants. | CASE NO.:  CV 09-08615 JFW (PLAx)<br><br>**JUDGMENT** |

The Court having considered and approved the stipulation for entry of judgment submitted by and between defendants Porges Enterprises, Inc., a California corporation doing business as "Accelerated Electric Inc., " and William Charles Porges, an individual doing business as "Accelerated Electric," and plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Riverside County Electrical Health & Welfare Trust Fund, Trustees of the Riverside County Electrical Education and Training Trust Fund, Trustees of the Inland Empire Labor Management Cooperation Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of Kern County Electrical Journeyman and Apprentice Training Trust, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee,

- 1 -

JUDGMENT

Judgment.doc

1  National Electrical Industry Fund, and the Administrative Maintenance Fund, and for

2  good cause shown,

3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

4      Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan,

5  Trustees of the Riverside County Electrical Health & Welfare Trust Fund, Trustees of

6  the Riverside County Electrical Education and Training Trust Fund, Trustees of the

7  Inland Empire Labor Management Cooperation Trust Fund, Trustees of the National

8  Electrical Benefit Fund, Trustees of Kern County Electrical Journeyman and

9  Apprentice Training Trust, Trustees of the National IBEW-NECA Labor-

10  Management Cooperation Committee, National Electrical Industry Fund, and the

11  Administrative Maintenance Fund shall recover from defendants Porges Enterprises,

12  Inc., a California corporation doing business as "Accelerated Electric Inc., " and

13  William Charles Porges, an individual doing business as "Accelerated Electric,"

14  jointly and severally, the principal amount of $52,889.57, plus post-judgment interest

15  thereon.

16

17  DATED: August 4, 2010                _____

18                                   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

- 2 -

JUDGMENT

Judgment.doc